UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROSS MORTGAGE CORPORATION,<br><br>         Plaintiff,<br><br>    vs.<br><br>SABIR JAMIL AL-MANSUR,<br><br>         Defendant. | Case No.: 12-cv-03508-YGR<br><br>**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S AMENDED MOTION FOR REEXAMINATION** |

   Plaintiff Gross Mortgage Corporation has filed an Amended Motion for Reexamination of Sabir Al-Mansur's Motion to Proceed *in Forma Pauperis* ("Motion").  (Dkt. No. 30.)  By this Motion, Plaintiff effectively seeks reconsideration of the Court's Order Granting Defendant's *in Forma Pauperis* Status on Appeal.  (*See* Dkt. No. 23.)

   Plaintiff is hereby **ORDERED TO SHOW CAUSE** why it should not be sanctioned for filing this Motion in spite of the automatic stay based on Defendant's bankruptcy filing on or about September 10, 2012.  Plaintiff must further show cause why it should not be sanctioned for failing to comply with Civ. L.R. 7-9 regarding motions for reconsideration.  Pursuant to Civ. L.R. 7-9(a), "[n]o party may notice a motion for reconsideration without first obtaining leave of Court to file the motion."

   A hearing on this Order to Show Cause shall be held on Friday, October 26, 2012, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.  Plaintiff's counsel must file a written response to this Order to Show Cause no later than October 19, 2012.  If the Court is satisfied with the Plaintiff's counsel's response, no appearance will be required and the hearing will be taken off calendar.

   In light of Plaintiff's failure to seek leave of Court prior to filing the Motion, this Order

terminates Dkt. No. 30 and the November 6, 2012 hearing date is **VACATED**.

**IT IS SO ORDERED.**

Dated: October 5, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**