UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROSS MORTGAGE CORPORATION,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>SABIR JAMIL AL-MANSUR,<br><br>　　Defendant. | Case No.: 12-cv-03508-YGR<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING** |

On October 5, 2012, the Court issued an Order to Show Cause. (Dkt. No. 31.) Plaintiff provided a timely written response to the Order. (Dkt. No. 32.) Having reviewed and considered the written response, the Court is satisfied with Plaintiff's submission, and accordingly, **VACATES** the hearing scheduled for October 26, 2012. No further action will be taken with respect to the Order to Show Cause.

**IT IS SO ORDERED.**

Dated: October 22, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**